# Court of Appeals
# of the State of Georgia

ATLANTA, __October 11, 2023__

*The Court of Appeals hereby passes the following order:*

**A23A0954.  LILIAN VICTORIA BODIE v. ADAM PATRICK KOZACHYN**

We granted Lilian Victoria Bodie's application for discretionary review of the trial court's order dismissing her petition for a Family Violence Protective Order. After careful review of the entire record in this case, we conclude that the application for discretionary review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__10/11/2023__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , *Clerk.*